UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-24828-JEM

CARLOS BITO,

    Plaintiff,

v.

PINAR DEL RIO SHOPPING CENTER, INC.;
and LA CASITA CAFETERIA INC d/b/a LA
CASITA CAFETERIA,

    Defendants.
_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, CARLOS BRITO, and Defendants, PINAR DEL RIO SHOPPING CENTER, INC.; and LA CASITA CAFETERIA INC d/b/a LA CASITA CAFETERIA, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on January 23, 2025.

<u>By: /s/ *Ramon J. Diego*</u>
RAMON J. DIEGO
Florida Bar No. 689203
**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
5001 SW 74th Court, Suite 103
Miami, Florida 33155
Telephone: (305) 350-3103
Email: ramon@rjdiegolaw.com
*Counsel for Plaintiff*

<u>By: /s/ *Jared L. Gamberg*</u>
JARED L. GAMBERG
Florida Bar No. 302510
**GAMBERG & ABRAMS**
4651 Sheridan Street, Suite 200
Hollywood, Florida 33021
Telephone: (954) 966-6259
Email: jaredgamberg@gamberglaw.com
*Counsel for Defendants*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on January 23, 2025.

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: rdiego@lawgmp.com
Secondary E-Mail: ramon@rjdiegolaw.com


By: _/s/ Ramon J. Diego_____
    RAMON J. DIEGO

2